# Exhibit A

**FILED**
In the Office of the
Secretary of State of Texas

**JUL 1 4 2008**

**Corporations Section**

## CERTIFICATE OF FORMATION

### OF

### MAREK HOLDINGS, LP

This Certificate of Formation has been duly executed and is filed pursuant to Section 3.005 of the Texas Business Organizations Code (the "TBOC"), to form a limited partnership under the TBOC.

### ARTICLE I

The filing entity being formed is a limited partnership. The name of the limited partnership is Marek Holdings, LP (the "Company").

### ARTICLE II

The initial registered agent is an individual in the State of Texas whose name is Thomas Marek. The business address of the registered agent and the registered office address is 6002 Hood Hollow, Austin, Texas 78731.

### ARTICLE III

The name and address of the general partner of this limited partnership are set forth below:

Tomerica Properties LLC
6002 Hood Hollow
Austin, Texas 78731

### ARTICLE IV

The address of the principal office of the limited partnership where records are required to be kept or made available under Section 153.551 of the TBOC is as follows:

6002 Hood Hollow
Austin, Texas 78731

### ARTICLE V

This document becomes effective when the document is filed by the Texas Secretary of State.

[Signature Page Follows]

1

RECEIVED
JUL 1 4 2008
Secretary of State

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: _July 11_, 2008

GENERAL PARTNER:
TOMERICA PROPERTIES LLC

By: _____

Thomas Marek, Manager

SIGNATURE PAGE TO
CERTIFICATE OF FORMATION
MAREK HOLDINGS, LP

**FILED**
In the Office of the
Secretary of State of Texas

**JUL 1 4 2008**

**Corporations Section**

## CERTIFICATE OF FORMATION

### OF

## TOMERICA PROPERTIES LLC

This Certificate of Formation has been duly executed and is filed pursuant to Section 3.005 of the Texas Business Organizations Code (the "TBOC"), to form a limited liability company under the TBOC.

### ARTICLE I

The filing entity being formed is a limited liability company. The name of the limited liability company is Tomerica Properties LLC (the "Company").

### ARTICLE II

The Company is organized for the purpose of engaging in any lawful act, activity and/or business for which limited liability companies may be organized under the TBOC.

### ARTICLE III

The initial registered agent is an individual in the State of Texas whose name is Thomas Marek. The business address of the registered agent and the registered office address is 6002 Hood Hollow, Austin, Texas 78731.

### ARTICLE IV

The Company will have managers. The name and address of the initial manager are set forth below:

> Thomas Marek
> 6002 Hood Hollow
> Austin, Texas 78731

### ARTICLE V

The name and address of the organizer are as follows:

> Thomas Marek
> 6002 Hood Hollow
> Austin, Texas 78731

1

RECEIVED

JUL 1 4 2008

Secretary of State

## ARTICLE VI

This document becomes effective when the document is filed by the Texas Secretary of State.

[Signature Page Follows]

2

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:  _July 11_ , 2008

By: _____
       Thomas Marek, Organizer

Filing Number: 801003807

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
■ Tcode 13196 Franchise

To be *filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 3 | 7 | 5 | 1 | 6 | 9 | 7 | 1 | 2 | 0 | 1 | 4 |

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at *(800) 252-1381or (512) 463-4600.*

Taxpayer name **TOMERICA PROPERTIES LLC**

Mailing address **6002 HOOD HOLW**

| City **AUSTIN** | State **TX** | ZIP Code **78731** | Plus 4 |
|---|---|---|---|

Secretary of State (SOS) file number or Comptroller file number **0801003807**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **6002 HOOD HOLLOW**

Principal place of business **6002 HOOD HOLLOW AUSTIN TX 78731**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3203751697114

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name **THOMAS MAREK** | Title **MEMBER** | Director ○ YES | Term expiration | m m d d y y |
|---|---|---|---|---|
| Mailing address **6002 HOOD HOLLOW** | City **AUSTIN** | | State **TX** | ZIP Code **78731** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **THOMAS MAREK**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **6002 HOOD HOLLOW** | City **AUSTIN** | State **TX** | ZIP Code **78731** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▸ lori a humphreys-gassenmayer | Title **Electronic** | Date **10-23-2014** | Area code and phone number **( 512 )  299 - 8272** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|