UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAREK HOLDINGS, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-1421-B |
| | § | |
| THE TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is a Joint Motion to Dismiss With Prejudice (Doc. 15), filed on July 19, 2016. In the Motion, the parties inform the Court that they have settled the case and request that it dismiss all claims in this action with prejudice.

After reviewing the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that all claims and causes of action in this matter be **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs.

SO ORDERED.

SIGNED: July 20, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -